## CONTINUATION IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Sara L. Choi, being first duly sworn, hereby depose and state as follows:

### EXECUTIVE SUMMARY

1.      Today, I was assisting with the execution of a residential search warrant. The warrant authorized the seizure of evidence of the crimes of (1) stealing or unlawful carrying away of firearms from a Federal Firearms Licensee and (2) wire fraud. While searching the residence, I found a 3D printer along with what appear to be homemade silencers. I am asking for permission to seize evidence as violations of 26 U.S.C. § 5861, which prohibits both the possession of unregistered National Firearms Act weapons and the making of the same.

### AGENT BACKGROUND

2.      I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516, Title 18, United States Code. I have been employed as a Special Agent by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since March 2020. I completed the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ATF Special Agent Basic Training Program in Glynco, Georgia.

3.      Prior to becoming a Special Agent with ATF, I worked as a Public Safety Officer with Kalamazoo Public Safety in Kalamazoo Michigan for thirteen years. I was a uniformed patrol officer for approximately ten years and a detective for approximately three years. My responsibilities included but were not limited to, investigating violations of state law such as gun crime, drug violations, assault, property crimes, larcenies and embezzlement.

4.      I am currently assigned to the ATF Grand Rapids Field Office under the Detroit Field Division. The Grand Rapids Field Office is responsible for conducting investigations related to violent crime and/or gangs, and federal firearm violations, among others. During my employment with ATF, I, and agents assigned to this investigation, have conducted and/or participated in numerous criminal investigations involving the illegal possession, use, and sale of firearms, drug trafficking violations, and criminal street gangs.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

6.      On today's date (11/21/2025), I was executing a search warrant at the residence located at 2400 N. 6th St. Oshtemo, Michigan 49009 (Target Location 2), associated with Brandon Allen WRIGHT. The warrant authorized by the Hon. SALLY J. BERENS in Case No. 1:25-mj-634. The warrant authorized seizure of "Evidence, fruits, and

instrumentalities of violations of 18 U.S.C. § 922(u) (stealing and unlawful carrying away of firearms from the person or premises of a firearms licensee) and of 18 U.S.C. § 1343 (wire fraud).

7.   While searching the residence, investigators discovered items that appeared to be firearms silencers that had been manufactured using nearby 3D printing equipment. The suspected silencers do not have serial numbers and, therefore, have not been registered under the National Firearms Act. Here are two pictures of some of what was found:




## **DEFINITIONS & LEGAL BACKGROUND**

8. A "silencer" means "any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication." 18 U.S.C. § 921(a)(25).

9. A silencer constitutes a "firearm" under the National Firearms Act. 26 U.S.C. § 5845(a).

10. The National Firearms Act prohibits the possession of an unregistered NFA firearm. 26 U.S.C. § 5861(d). It also prohibits the making of an NFA firearm. 26 U.S.C. § 5861(f).

## **CONCLUSION**

11. Based on the facts contained in this document, I submit there is probable cause that a search of Target Location 2 will yield evidence of violations of 26 U.S.C. § 5681.